IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:01 CR 15

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MELVIN THOMAS LONG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER is before the undersigned pursuant to a Motion For Release on Bond (#58) filed by counsel for Defendant. After hearing the arguments of Defendant and the government, the undersigned has determined to allow Defendant's motion and to release Defendant to attend the funeral of his brother-in-law.

ORDER

**IT IS, THEREFORE, ORDERED** that Defendant=s Motion for Release on Bond (#58) is hereby **ALLOWED** and Defendant will be released to attend the funeral of his brother-in-law as set forth in terms and conditions of prehearing release that have been entered in this matter by the undersigned.

Signed: December 10, 2012

Dennis L. Howell
United States Magistrate Judge

1